[No. 14812-9-II.   Division Two.   October 5, 1993.]

WEYERHAEUSER COMPANY, *Appellant*, v. WILLIAM S. MORGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-00481-9, Frederick B. Hayes, J., entered March 1, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 14976-1-II.   Division Two.   October 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ZERIOUS L. MALCOME, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00433-5, Williams J. Kamps, J., entered May 15, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld, J., and Green, J. Pro Tem.

[No. 16053-6-II.   Division Two.   October 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENCE MICHAEL MCCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-00613-0, Bruce Cohoe, J., entered April 13, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.